**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JONATHAN DRUMMOND, )

Plaintiff, )

vs. ) Case No. 6:24-cv-01186-PGB-RMN

PONTE VEDRA CORPORATION, )

Defendant. )

# NOTICE OF SETTLEMENT

Now comes the Plaintiff, JONATHAN DRUMMOND, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and settlement agreement ("Agreement") and Consent Decree is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit an Agreed Consent Decree to the Court for entry.
2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

DATED this 14th day of August, 2024.

Respectfully submitted,

ALEKSANDRA KRAVETS, ESQ. P.A.
*Attorney for Plaintiff*
1100 Buchanan Street
Hollywood, FL 33019
Tel.: 347.268.9533
Email: ak@akesqpa.com

By: *<u>/s/ Aleksandra Kravets</u>*
Aleksandra Kravets
Florida Bar No.: 120562

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of September, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Aleksandra Kravets*
Aleksandra Kravets