**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

JONATHAN DRUMMOND, CASE NO.: 6:24-cv-1186

Plaintiff,

vs.

PONTE VEDRA CORPORATION,

Defendant.
_______________________________________/

**UNOPPOSED JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE**

Plaintiff Jonathan Drummond ("Plaintiff") and Defendant Ponte Vedra Corporation ("Defendant"), by and through their undersigned counsel, hereby jointly move the Court to approve and enter the Consent Decree attached hereto as Exhibit "A." Plaintiff has brought this lawsuit against Defendant alleging that Defendant has violated Title III of the Americans with Disabilities Act by having an allegedly inaccessible website. Defendant denies and disputes this allegation. Rather than litigating this matter, the parties have reached a mutually satisfactory resolution. Pursuant to the Consent Decree attached hereto, Defendant has agreed to take actions to ensure that its website is accessible to individuals with disabilities by the specified deadline. The proposed Consent Decree effectively remedies the issues pleaded in Plaintiff's Amended Complaint. Plaintiff and

Defendant have also settled all matters relating to costs, damages, attorneys' fees, and experts' fees alleged and/or sought in Plaintiff's Amended Complaint.

WHEREFORE, Plaintiff and Defendant jointly request that the Court enter the Consent Decree and the Order approving same attached hereto as Exhibit "A."

Respectfully submitted this 29th day of October 2024.

/s/ Aleksandra Kravets
Aleksandra Kravets, Esq.
Aleksandra Kravets, Esq., P.A.
1100 Buchanan Street
Hollywood, Florida 33019
Email:ak@akesqpa.com
Tel.: (347) 268-9533

/s/ Jason D. Holbrook
Jason D. Holbrook
Trace H. Jackson
Lia K. Vaccaro
Rogers Towers, P.A.
1301 Riverplace Blvd.
Suite 1500
Jacksonville, FL 32207
jholbrook@rtlaw.com
tjackson@rtlaw.com
lvaccaro@rtlaw.com
kmaldonado@rtlaw.com
Tel: (904) 398-3911

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the parties certify that they have conferred in good faith and jointly propose and agree to the relief requested herein.